1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  BARBARA A. MORRIS (SBN 137680)
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone:  (916) 322-3870
8    Fax:  (916) 324-5205

9  Attorneys for Defendant Higgins
   48149280-SA2004102616
10

11
                    IN THE UNITED STATES DISTRICT COURT
12
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14

15 **LUIS VEGA,**                        CASE NO. CIV S 03-2433 MCE KJM P

16                        Plaintiff,     **ORDER GRANTING DEFENDANT
                                          HIGGINS' REQUEST FOR
17     v.                                 EXTENSION OF TIME TO FILE
                                          OBJECTIONS TO FINDINGS
18 **E. ALAMEIDA, et al.,**               AND RECOMMENDATIONS**

19                        Defendant.

20

21     **IT IS HEREBY ORDERED THAT** good cause having been shown, Defendant shall

22 have until July 21, 2005, to file his objections to the Findings and Recommendations served on

23 June 21, 2005.

24 DATED:  July 7, 2005.

25

26 _____
                UNITED STATES MAGISTRATE JUDGE
27

28 vega.eot.wpd

1
*Order Granting Defendant's Request for Extension of*
*Time to File Objections to Findings and Recommendations*