IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LUIS VEGA,** | CASE NO. 2:03-cv-2433-MCE-KJM (PC) |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT** |
| **v.** | |
| **E. ALAMEIDA, et al.,** | |
| Defendant. | |

**GOOD CAUSE APPEARING**, the parties are granted an extension of time to Monday, May 22, 2006, in which to file  motions for summary judgment.

**IT IS SO ORDERED**.

DATED:  April 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

vega.wpd

*Order Granting Extension of Time for Filing Motions for Summary Judgment*

1