IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LUIS VEGA,** | Case No. 2:03-cv-2433-MCE-KJM (PC) |
| Plaintiff, | **ORDER GRANTING SECOND EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **E. ALAMEIDA, et al.,** | |
| Defendant. | |

**GOOD CAUSE APPEARING,** the parties are granted an extension of time to and including Wednesday, June 21, 2006, in which to file a motion for summary judgment.

**IT IS SO ORDERED**.

DATED: May 19, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

vega.eot(2).wpd

*Order Granting Defendant a Second Extension of Time*
*in Which to File A Motion for Summary Judgment*

1