IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LUIS VEGA,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**E. ALAMEIDA, et al.,**<br><br>　　　　　　　　　　Defendant. | Case No. 2:03-cv-2433-MCE-KJM (PC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR FILING OF VIDEO RECORDING IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

　　　　The Court, having considered Defendant's motion for permission to file a video recording in support of his motion for summary judgment, and good cause having been found:

　　　　**IT IS HEREBY ORDERED**: that pursuant to Local Rule 5-133(b), the Clerk is directed to accept for filing a video recording of September 3, 2002, as an exhibit to Defendant's Separate Statement of Undisputed Facts in Support of Motion for Summary Judgment.

DATED: June 9, 2006.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

vega-lodge-video.wpd