IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VEGA,

        Plaintiff,                     No. CIV S-03-2433 MCE KJM P

    vs.

E. ALAMEIDA, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On July 11, 2006, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on October 15, 2004 and January 24, 2006. All requests were denied. For the same reasons set forth in those orders, this third request is denied.

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' June 20, 2006 motion for summary judgment.

        Plaintiff has also filed a letter explaining that officials at Mule Creek State Prison have not given him or otherwise allowed him to watch the videotape that defendants have submitted as an exhibit to their motion for summary judgment and served on plaintiff. The court will direct that a copy of this order be served on the prison's litigation coordinator, so that person is made aware of the situation. If plaintiff does not receive access to the videotape within thirty

1 days of the date of this order, he should notify the court, which will then revisit the question.

2     Good cause appearing, IT IS HEREBY ORDERED that:

3     1. Plaintiff's July 11, 2006 motion for the appointment of counsel is denied;

4     2. Plaintiff's July 13 2006 notice regarding the videotape is denied without

5 prejudice insofar as it requests the court to direct the prison to act; the request may be renewed if

6 plaintiff has not received access to the tape within thirty days of the date of this order;

7     3. The Clerk of the Court is directed to send a copy of this order to the Litigation

8 Coordinator, Mule Creek State Prison, 4001 Highway 104, P.O. Box 409099, Ione, California

9 95640;

10     4. Plaintiff's July 13, 2006 application for an extension of time is granted; and

11     5. Plaintiff is granted thirty days from the date of this order in which to file and

12 serve an opposition to defendants' June 20, 2006 motion for summary judgment. Defendants'

13 reply, if any, shall be filed seven days thereafter.

14 DATED: July 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2/mp
vega2433.36