IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LUIS VEGA,** | Case No. 2:03-cv-2433-MCE-KJM (PC) |
| Plaintiff, | **ORDER VACATING SCHEDULING ORDER** |
| v. | |
| **E. ALAMEIDA, et al.,** | |
| Defendant. | |

**GOOD CAUSE HAVING BEEN SHOWN**, the Court vacates its Scheduling Order issued on October 26, 2005.  It will issue a new Scheduling Order after a decision is issued on Defendant's pending motion for summary judgment.

**IT IS SO ORDERED**.

Dated: July 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

vega vacate.wpd

*Order Vacating Scheduling Order*

1