IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VEGA,

      Plaintiff,                    No. CIV S-03-2433 MCE KJM P

   vs.

E. ALAMEIDA, et al.,

      Defendants.          <u>ORDER</u>

/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On August 23, 2007, plaintiff filed his third motion for the appointment of counsel. Plaintiff's previous requests were filed on January 24, 2006 and July 11, 2006. All requests were denied. This latest request will be denied in light of the others, and the fact that there has been no material change in the factors affecting the court's determination since they issued.

        Plaintiff has already filed his pretrial statement. Should he wish to file a new statement, it is due no later than October 29, 2007, along with any motions necessary to obtain the presence of witnesses. Defendants shall file their pretrial statement on or before November 13, 2007. The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

1    Pretrial conference (as described in Local Rule 16-282) is set in this case for
2 November 19, 2007, before the magistrate judge.  The pretrial conference shall be conducted on
3 the file only, without appearance by either party.
4    This case is set for trial before the Honorable Morrison C. England on February
5 11, 2008 at 9:00 a.m. in Courtroom Three, with a trial confirmation hearing on January 11, 2008.
6    IT IS SO ORDERED.
7 DATED: October 12, 2007.

_____
U.S. MAGISTRATE JUDGE

10  2/mp
vega2433.31thr