IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VEGA,

        Plaintiff,                    No. CIV S-03-2433 MCE KJM P

    vs.

E. ALAMEIDA, et al.,

        Defendants.            <u>ORDER</u>

                            /

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On January 16, 2008, plaintiff filed his fourth motion for the appointment of counsel. Plaintiff's previous requests were filed on January 24, 2006, July 11, 2006 and August 23, 2007. All motions were denied. In light of those orders, and the court's determination that there has been no material change in the relevant factors, IT IS HEREBY ORDERED that plaintiff's January 16, 2008 motion for appointment of counsel (docket no. 69) is denied.

DATED: February 1, 2008.

                                                U.S. MAGISTRATE JUDGE

/mp
vega2433.31thr