EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ALVIN GITTISRIBOONGUL
Supervising Deputy Attorney General
CHRISTOPHER J. BECKER, State Bar No. 230529
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-2201
 Fax: (916) 324-5205
 Email: Christopher.Becker@doj.ca.gov

Attorneys for Defendant Higgins

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUIS VEGA,**<br><br>                                      Plaintiff,<br><br>     v.<br><br>**E. ALAMEIDA, et al.,**<br><br>                                     Defendant. | 2:03-cv-2433-MCE-KJM (PC)<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(ii) |

///
///
///
///
///
///
///
///

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**
1

1   IT IS STIPULATED that, under Federal Rule of Civil Procedure 41(a)(1)(ii), the above
2   entitled action shall be dismissed with prejudice as to all Defendants.

4   Dated:
                                                        _____
5                                                       Luis Vega (H-57164)
                                                        Plaintiff

8   Dated:
                                                        _____
9
                                                        Christopher J. Becker
10                                                      Deputy Attorney General
                                                        Attorneys for Defendants

12          IT IS SO ORDERED.

14   Dated:  May 27, 2008
                                                        _____
15
                                                        MORRISON C. ENGLAND, JR.
16                                                      UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

2