IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VEGA,

    Plaintiff,                 No. CIV S-03-2433 MCE KJM P

  vs.

E. ALAMEIDA, et al.,

    Defendants               <u>ORDER</u>

         On May 28, 2008, the court accepted the parties' stipulation and dismissed this case with prejudice in light of the settlement reached.

         On January 5, 2009, plaintiff filed a request for an order enforcing the settlement agreement.

         IT IS THEREFORE ORDERED that within thirty days defendants respond to plaintiff's complaint that they have not abided by the settlement.

DATED: March 12, 2009.

                                                            U.S. MAGISTRATE JUDGE

2
vega2433.ord

1