IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VEGA,

    Plaintiff,     No. CIV S-03-2433 MCE KJM P

  vs.

E. ALAMEIDA, et al.,

    Defendants.     ORDER

_____/

    Plaintiff is a state prison inmate who settled this civil rights action with defendant Higgins. He has asked that the settlement agreement be enforced. Defendant explained that the payment was being processed at the time plaintiff filed his request and has since been issued.

    IT IS THEREFORE ORDERED that plaintiff's request for enforcement of the settlement agreement (docket no. 78) is denied as moot.

DATED: September 10, 2009.

                                          U.S. MAGISTRATE JUDGE

2
vega2433.ord

1